■■■ In the Matter of Michael B. Neth, Appellant, v Mary E. Sherman, Respondent. (Appeal No. 2.) [801 NYS2d 216]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered August 17, 2004 in a proceeding pursuant to Family Court Act article 6. The order granted respondent's motion to dismiss the petition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Matter of Neth v Sherman* (21 AD3d 1368 [2005]). Present—Hurlbutt, J.P., Scudder, Smith, Pine and Hayes, JJ.